Clifford K. IBIRITHI, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 683, 2015

Supreme Court of Delaware.

Submitted: February 1, 2016

Decided: April 5, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID1407015460.
AFFIRMED.